KAMER ZUCKER ABBOTT
Carol Davis Zucker    #2543
Timothy W. Roehrs    #9668
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORI BOSLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE MORTGAGE VENTURES, LLC, a Delaware limited liability Company, dba COUNTRYWIDE KB HOME LOANS; KB HOME MORTGAGE COMPANY, an Illinois corporation, DOES I Through X; and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | Case No. 2:06-CV-01017-PMP-RJJ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear its own attorneys' fees and costs, except as otherwise agreed.

///
///
///
///
///
///
///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 29th day of December, 2006.

| LAW OFFICES OF ROBERT P. SPRETNAK | KAMER ZUCKER ABBOTT |
|---|---|
| By: */s/ Robert P. Spretnak* | By: */s/* |
| Robert P. Spretnak, Esq.  #5135 | Carol Davis Zucker  #2543 |
| 8275 S. Eastern Avenue | Timothy W. Roehrs  #9668 |
| Suite 200 | 3000 West Charleston Blvd., Ste. 3 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89102-1990 |
| Tel: (702) 454-4900 | Tel: (702) 259-8640 |
| Fax: (702) 938-1055 | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendants |

## ORDER

**IT IS SO ORDERED**.

DATED this 29th day of December, 2006.

*/s/*
UNITED STATES DISTRICT JUDGE

Stip to Dismiss